**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50165 |
| Plaintiff - Appellee, | D.C. No. 5:06-cr-00109-RT |
| v. | |
| SEGRRIA LAMOSE BROOME, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Robert J. Timlin, Senior District Judge, Presiding

Submitted December 14, 2010[**]

Before:      GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Segrria Lamose Broome appeals from the 24-month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Broome contends that the sentence was substantively unreasonable because, among other things, the district court did not give sufficient weight to his mental illness. The record reflects that the district court considered Broome's arguments and provided a reasoned basis for the sentence. In light of the totality of the circumstances, the district court's sentence within the Guidelines range is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc). Moreover, the district court did not procedurally err. *See id*.

Broome's request to correct the caption to reflect that his first name is spelled "Segrria" rather than "Seggria" is granted.

**AFFIRMED.**